UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARLES HARPER,

    Plaintiff,

v.

                                              Case No. 1:20-cv-250

ROBERT SPEAKMAN, et al.,

                                              Hon. Hala Y. Jarbou

    Defendants.
_____/

## ORDER

On April 2, 2020, Magistrate Judge Phillip J. Green issued a Report and Recommendation (R&R) recommending that, save for Plaintiff's claims against Robert Speakman, this action be dismissed for failure to state a claim on which relief may be granted. (ECF No. 6.) The R&R was duly served on the parties. No objections have been filed, and the deadline for doing so expired on July 15, 2020. On review, the Court concludes that the R&R correctly analyzes the issues and makes a sound recommendation.

Accordingly,

**IT IS ORDERED** that the R&R (ECF No. 6) is **ACCEPTED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendants Frederick Longberg, Donald J. Evers, Zachary Evers, and Jay Bryan Enterprise Inc. are **DISMISSED.**

Dated:  November 5, 2020                  /s/ Hala Y. Jarbou
                                                          HALA Y. JARBOU
                                                           UNITED STATES DISTRICT JUDGE